In the Matter of ST. LAWRENCE COUNTY DEPARTMENT OF SOCIAL
SERVICES, on Behalf of JOANNE PETRIE, Respondent, v VIN-
CENT A. PRATT, Appellant.

Submitted November 19, 2007; decided January 10, 2008

Reported below, 44 AD3d 1125.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Family Court's or-

der settling the record on appeal, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.